# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICKEL MINE AVENUE TRUST,<br>Appellant,<br>vs.<br>CARRINGTON MORTGAGE<br>SERVICES, LLC,<br>Respondent. | No. 76242<br><br>**FILED**<br><br>JAN 0 9 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S. Young___<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
Janet Trost, Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

19-01291